UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JOE WALLACE PEEPLES, III, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 7:19-cv-00022-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. The petition filed pursuant to 28 U.S.C. § 2241 by Joe Wallace Peeples, III, [R. 1] is **DENIED** with respect to all issues raised in this proceeding.

2. Judgment is **ENTERED** in favor of the Respondent.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 4th day of March, 2019.

Gregory F. Van Tatenhove
United States District Judge